# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JOSEPH SMITH, | : | No. 429 EAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| UNITED STATES LIABILITY INSURANCE COMPANY, | : | |
| | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 11th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.

      The Motion to Correct/Supplement the Record is **GRANTED**.